# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-21-243-SLP |
| ) | |
| TREYSON DARON REED, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Before the Court is the Unopposed Motion to Continue Jury Trial and Extension of Time to File Pretrial Motions [Doc. No. 17] filed by Defendant Treyson Daron Reed.  The United States does not oppose the requested relief.  Defendant requests a continuance of this matter from the December 7, 2021 trial docket to the January 2022 trial docket.  Defendant also requests that the Court extend the deadline to file pretrial motions to December 21, 2021.  The Court has received Defendant's speedy trial waiver [Doc. No. 18].

The Speedy Trial Act gives this Court the discretion to "accommodate limited delays for case-specific needs." *Zedner v. United States*, 547 U.S. 489, 499 (2006).  As set forth in the Motion, a delay is warranted to allow Defendant's counsel time to negotiate a disposition to the case, review the discovery produced on November 5, 2021 (as well as additional anticipated discovery), and because of Defendant's counsel's unavailability. The Court finds the denial of the Motion under the facts of this case and as more fully set forth in the Motion would unreasonably deny Defendants reasonable time necessary for

effective preparation, taking into account the exercise of due diligence by counsel.  This Court specifically finds that the ends of justice served by taking this action outweigh the best interests of the public and Defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A); *United States v. Toombs*, 574 F.3d 1262, 1273 (10th Cir. 2009).  In making this determination, the Court has specifically considered the length of the delay, the reason for the delay, the defendant's assertion of rights, any prejudice to the defendant and other relevant circumstances.  *See Toombs*, 574 F.3d at 1274.  The period of delay caused by the granting of the motion to continue on this ground is excludable for purposes of the Speedy Trial Act and the Sixth Amendment's speedy trial guarantee.  *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv).  Accordingly, the Motion is granted and this matter is reset on the January 2022 trial docket.

IT IS THEREFORE ORDERED that the Unopposed Motion to Continue Jury Trial and Extension of Time to File Pretrial Motions [Doc. No. 17] is GRANTED.  This matter is STRICKEN from the December 7, 2021 trial docket to be reset on the January 11, 2022 trial docket.

IT IS FURTHER ORDERED that the deadline for filing pretrial motions is extended to December 21, 2021.

IT IS SO ORDERED this 23rd day of November, 2021.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE